**UNITED STATES Of America, Plaintiff,**

and

**Kirell Francis TAYLOR, a/k/a Sadeeq Abdul Al Haqq; Dr. Sadeeq Abdul Al Haqq Kirell, Intervenor—Appellant,**

v.

**Zacarias Moussaoui, a/k/a Shaqil, a/k/a Abu Khalid al Sahrawi, Defendant.**

No. 06–4407.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2006.

Decided: June 19, 2006.

Kirell Francis Taylor, Appellant Pro Se.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kirell Francis Taylor appeals a district court order denying his motion to intervene. We agree with the district court that the motion was frivolous. Accordingly, we deny Taylor's motion to proceed in forma pauperis and dismiss his appeal as frivolous. We also deny his motion for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*